IN THE SUPREME COURT OF TEXAS

 No. 04-0015

 IN RE TEREX CORPORATION; TEREX CRANES, INC.; HARNISCHFEGER CORPORATION;
 ANTHONY CRANE RENTAL D/B/A MAXIM CRANE WORKS; CURTIS SHIFLET, DAVID KEENER,
 KEITH CLARK, AND CRANE & RIGGING CONSULTANTS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for stay, filed January 6, 2004, is
granted. All underlying proceedings in Cause No. 2002-P00893, styled In
Re The Estate of Emilio Talavera, deceased, in the Probate Court of El
Paso County, Texas, is stayed pending further order of this Court.

 2. The parties are requested to file full briefing. See attached
letter.
 Done at the City of Austin, this January 12, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk